# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)

No. 14-2334    Caption: Wynn's Extended Care, Inc. V. Penny Bradley

Appellant

(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., sealed appendix volume, sealed version of brief):

   **Volume III of the Joint Appendix**

2. Is sealing of document(s) necessary?

   [ ] No
   [X] Yes, to protect material sealed by district court/agency
   [ ] Yes, to protect personal data identifiers

3. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat the material as sealed:

   **Order Dated September 19, 2014**

4. Terms of order sealing the material, including who is permitted access to sealed material (if filed ex parte, document must be marked SEALED and EX PARTE):

   **Confidential bank statements and proprietary business information, the disclosure of which could result in competitive harm.**

5. (For SEALED APPENDIX)  Sealed record material has been separated from any unsealed record material and placed in a separate, sealed volume of the appendix:

   [X] Yes

6. (For SEALED BRIEFS, SEALED DOCUMENTS)  Two versions of document are filed: Sealed version with sealed material highlighted and public version with sealed material redacted:

   [ ] Yes

1/20/2015                                             Thomas D. Domonoske
                                                      Timothy E. Cupp
                                                      *Counsel for Appellant*